UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Rachel Grantham,<br><br>    Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Civil Action No. 2:22–cv–178 |

## ORDER

On or before November 2, 2022, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 24th day of October 2022.

                                                    */s/ Kevin J. Doyle*
                                                    Kevin J. Doyle
                                                    United States Magistrate Judge